# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**JOHNNY L. YOUNG, JR.**                                           **PLAINTIFF**

v.                    No. 5:17-cv-75-DPM

**TASHA CLARK**, Sergeant, Dub Brassell
Detention Center; **GWEN JONES**, Kitchen
Supervisor, Dub Brassell Detention Center;
**EDWARD ADAMS**, Captain, Dub Brassell
Detention Center; and **GREG BOLIN**,
Chief Administrator, Dub Brassell
Detention Center                                       **DEFENDANTS**

## ORDER

The Court overrules Young's objections, № 5, and, on *de novo* review, adopts Magistrate Judge Deere's recommendation, № 4. FED. R. CIV. P. 72(b)(3). Young's complaint will be dismissed with prejudice. This dismissal counts as a "strike" for purposes of 28 U.S.C. § 1915(g). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

28 April 2017