IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JOHNNY L. YOUNG, JR.                                              PLAINTIFF

v.                          No. 5:17-cv-75-DPM

TASHA CLARK, Sergeant, Dub Brassell
Detention Center; GWEN JONES, Kitchen
Supervisor, Dub Brassell Detention Center;
EDWARD ADAMS, Captain, Dub Brassell
Detention Center; and GREG BOLIN,
Chief Administrator, Dub Brassell
Detention Center                                                  DEFENDANTS

## JUDGMENT

The complaint is dismissed with prejudice.

_D.P. Marshall Jr._
D.P. Marshall Jr.
United States District Judge

28 April 2017